Dismissed and Memorandum Opinion filed June 1, 2006









Dismissed and Memorandum Opinion filed June 1, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00435-CV

____________

 

STEVEN L. BAHR AND CYNTHIA L. BAHR,
Appellants

 

V.

 

MICHAEL H. MCGHEE D/B/A MCGHEE
HOMES AND

MCGHEE & ASSOCIATES, INC., Appellees

 



 

On Appeal from the
56th District Court

 Galveston County, Texas

Trial Court Cause
No.
04CV0834

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 8, 2006.

On May 22, 2006, appellants filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.       

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed June 1, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.